Aldridge, Appellant, *v.* Great Atlantic & Pacific Tea Company.

Argued October 6, 1958. Before JONES, C. J., BELL, MUSMANNO, JONES and COHEN, JJ.

*Theodore M. Tracy,* with him *Edward O. Spotts,* for appellant.

*William H. Eckert,* with him *Milton W. Lamproplos,* and *Eckert, Seamans & Cherin,* for appellee.

OPINION BY MR. CHIEF JUSTICE JONES, November 10, 1958:

This appeal is from a judgment of non pros entered on the defendant's petition.

Where a plaintiff neglects to prosecute his suit diligently and the delay would be harmfully prejudicial to the defendant, if the suit were to be put to trial, the entry of a judgment of non pros is appropriate: *Alker v.*

*The Philadelphia National Bank,* 372 Pa. 327, 332-333, 93 A. 2d 699.

The facts appearing of record in the present case, and referred to in the opinion of President Judge Mc-Naugher for the court *en banc,* fully justify the action of the court below in entering the judgment of non pros. That being so, nothing is to be gained by prolonging the discussion. Such a judgment is reversible on appeal only where its entry constitutes a manifest abuse of discretion (*Wingert v. Anderson,* 309 Pa. 402, 403, 164 A. 333)—a circumstance entirely absent in the present instance.

Judgment affirmed.